**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FLORET IKOME,<br><br>             Plaintiff,<br><br>      v.<br><br>SEAN W. O'DONNELL, *in his official capacity as the Inspector General of the United States Environmental Protection Agency*,<br><br>             Defendant. | Case No. 23-cv-3588 (JMC) |

**ORDER**

For the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED**

that the motion to dismiss, ECF 8, is **GRANTED** and this case is **DISMISSED**.

The Clerk of Court shall terminate this case.

This is a final appealable Order.

**SO ORDERED.**

_____
JIA M. COBB
United States District Judge

Date: May 22, 2026

1